**Richard B. DICKERSON, Appellant,**

v.

**HEALTH MIDWEST, a Missouri Corporation; Mid–States Financial Services, Inc., a division of Health Midwest; John M. Clay; Bea Weaver, an individual, Appellees.**

No. 04–3652.

United States Court of Appeals, Eighth Circuit.

Submitted: March 2, 2006.

Decided: March 7, 2006.

Richard B. Dickerson, Shawnee Mission, KS, pro se.

Anthony Joseph Romano, Richard R. Fritz, Polsinelli & Shalton, Kansas City, MO, for Appellees.

Before RILEY, MAGILL, and GRUENDER, Circuit Judges.

PER CURIAM.

Richard Dickerson (Dickerson) appeals following the district court's[1] adverse grant of summary judgment in his employment-discrimination suit. We dismiss the appeal as untimely, because Dickerson failed to file his notice of appeal within thirty days after the district court entered its judgment, as required under Federal Rule of Appellate Procedure 4(a)(1), or to move timely, pursuant to Federal Rule of Appellate Procedure 4(a)(5), for an extension of time to appeal, *see* Fed. R.App. P. 26(b)(1) (court may not extend time to file notice of appeal except as authorized by Rule 4).

Accordingly, we dismiss this appeal. *See Burgs v. Johnson County, Iowa,* 79 F.3d 701, 702 (8th Cir.1996) (per curiam).

---

1. The Honorable Laurie Smith Camp, United States District Judge for the District of Nebraska.

1. The Honorable Howard F. Sachs, United States District Judge for the Western District of Missouri.